**Opinion issued March 26, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00986-CV

————————————

## PERVIS RAY CARTWRIGHT, Appellant

## V.

## ANN HARRIS BENNETT AND DOUG EUSTICE, Appellees

On Appeal from the Count Civil Court at Law No. 2
Harris County, Texas
Trial Court Case No. 1108953

## MEMORANDUM OPINION

Appellant, Pervis Ray Cartwright, filed a notice of appeal on October 24, 2018 attempting to appeal from the trial court's June 5, 2018 order dismissing the underlying action. Appellee Doug Eustice subsequently filed a "Response to Appellant's Notice of Appeal" requesting that our Court dismiss the appeal for want

of jurisdiction because appellant's notice of appeal was untimely. We construe appellee's pleading as a motion to dismiss for want of jurisdiction. We grant the motion and dismiss the appeal.

Generally, a notice of appeal is due within thirty days after the final judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended to ninety days after the date the judgment is signed if, within thirty days after the judgment is signed, any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a); TEX. R. CIV. P. 329b(a), (g). The time to file a notice of appeal may also be extended if, within fifteen days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day extension period provided by Rule 26.3. *See* TEX .R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997).

Here, the trial court signed the judgment from which appellant appeals on June 5, 2018 and no motion for new trial was filed. Therefore, appellant's notice of appeal was due by July 5, 2018. *See* TEX. R. APP. P. 26.1. Appellant's October 24, 2018 notice of appeal was filed over three months after the deadline. Without a timely

filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1. Accordingly, appellee moved to dismiss this appeal for want of jurisdiction due to the untimely notice of appeal. Appellant failed to respond.

We grant appellee's motion to dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.